IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WALLACE BASKERVILLE,

    Petitioner,

v.

JUDY SMITH, Warden Oshkosh
Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-426-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing petitioner Wallace Baskerville's petition for a writ of habeas corpus with prejudice.

_____
Peter Oppeneer, Clerk of Court

1/12/10
Date